CANNING v. BUFFALO, R. & P. RY. CO.

(Supreme Court, Appellate Division, Fourth Department. March 26, 1898.)

NEGLIGENCE—DISMISSAL OF COMPLAINT.
 Where plaintiff's evidence clearly established the contributory negligence of intestate in the accident which caused her death, the complaint should have been dismissed.

Appeal from trial term.

Action by William Canning, as administrator of the estate of Jane Canning, deceased, against the Buffalo, Rochester & Pittsburgh Railway Company. From a judgment for plaintiff, and an order refusing a new trial, defendant appeals. Reversed.

Argued before HARDIN, P. J., and FOLLETT, ADAMS, GREEN, and WARD, JJ.

Nathaniel Foote, for appellant.
Frank W. Brown, for respondent.

FOLLETT, J. The evidence given by the plaintiff in his own behalf clearly establishes that the negligence of his intestate contributed to the accident which caused her death, and the trial court erred in refusing to dismiss the complaint.

The judgment and order should be reversed, with costs to the appellant to abide the event. All concur.